```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,         :

              - v. -              :      NOLLE PROSEQUI

DAWN HUGHES,                      :      09 Cr. 523 (DAB)

              Defendant.          :

------------------------------x

    1.    The filing of this nolle prosequi will dispose of this case with respect to the defendant Dawn Hughes.

    2.    On May 21, 2009, Indictment 09 Cr. 523 (DAB) (the "Indictment") was filed, charging Dawn Hughes, among other defendants, with one count of conspiring to commit bank and wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One), and one count of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Nine).

    3.    After a renewed assessment of the evidence, including evidence and information obtained after the filing of the Indictment, it has been concluded that further prosecution of Dawn Hughes on the charges contained in the Indictment would not be in the interests of justice.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed with respect to the charges against Dawn Hughes (though not with respect to the charges against any other defendant) contained in Indictment No. 09 Cr. 523 (DAB).

MARK LANPHER / JULIAN MOORE
Assistant United States Attorney
(212) 637-2399 / 2473

Dated:   New York, New York
         February 5, 2010

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed with respect to the charges against Dawn Hughes contained in Indictment No. 09 Cr. 523 (DAB).

By: _____
Acting United States Attorney
Pursuant to 28 C.F.R. §0.136

PREET BHARARA
United States Attorney
Southern District of New York

Dated:   New York, New York
         February 19, 2010

SO ORDERED:

_____
HON. DEBORAH A. BATTS
United States District Judge
Southern District of New York

Dated:   New York, New York
         February 22, 2010

2