**MANDATE**

N.Y.S. D, Case # 09-cr-0523(DAB)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of September, two thousand and eleven.

_____

United States of America,

      *Appellee*,  **ORDER**

    v.  Docket Number: 11-3581-cr

Micah Meyers,

      *Defendant-Appellant*.

_____

IT IS HEREBY ORDERED that the Appellant's motion to withdraw this appeal with prejudice is GRANTED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 16, 2011

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe* (signature)

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* (signature)

MANDATE ISSUED ON 09/14/2011