Daniel Hampton Jr.                                Docket Number: 09-CR-523 (DAB)
                                                                 P56345/EF.ys



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/13

*Judicial Response*

[X]   The Court approves the Probation Department's recommendation to take no action.

OR

THE COURT ORDERS:

[ ]   The Issuance of a Summons
      The Offender is directed to appear as follows:

            Date: _____
            Time: _____
            Place: _____

[ ]   Initiate Violation Proceedings

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Other:

_____
_____
_____

                                    Signature of Judicial Officer
                                    *Deborah A. Batts*
                                    Date
                                    8/15/13